No. 303.  STEVENSON v. CARPENTER ET AL.  Sup. Ct. Ill.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 318.  STATE CINEMA OF PITTSFIELD, INC. v. RYAN ET AL.  C. A. 1st Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 337.  TIERNEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 351.  PADDOCK POOL BUILDERS, INC., ET AL. v. GEORGE R. WHITTEN, JR., INC., DBA WHITTEN CORP. C. A. 1st Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 355.  JACKSON ET AL. v. DORRIER ET AL.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 388.  SAFIR ET AL. v. GIBSON, MARITIME ADMINISTRATOR, ET AL.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5126.  ALLISON v. NEW JERSEY.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5137.  WARDEN v. HOCKER, WARDEN.  Sup. Ct. Nev.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.